**KAYE, ROSE & PARTNERS, LLP**
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
Ronald K. Losch, Esq. (98170)
9100 Wilshire Blvd., Suite 420W
Beverly Hills, CA 90212
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
E-mail: fbrucculeri@kayerose.com
dberberich@kayerose.com
rlosch@kayerose.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PHAETHON INTERNATIONAL CO SA., | Case No.: |
|---|---|
| Plaintiff, | **ADMIRALTY** |
| | Fed. R. Civ. Pro. 9(h) |
| v. | Local Admiralty Rule 3-1 |
| DAUNTLESS SHIPPINGA AND TRADING SA, *in personam*, | **PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |
| Defendant. | |

TO: THE UNITED STATES MARSHAL
FOR THE NORTHERN DISTRICT OF CALIFORNIA
GREETINGS:

**WHEREAS**, a Complaint has been filed in the United States District Court for the Northern District of California, on the 27th day of August, 2015, by Plaintiff PHAETHON INTERNATIONAL CO SA. against Defendant DAUNTLESS SHIPPING AND TRADING SA, in an amount of USD 972,066.50 together with interest, costs, and attorneys' fees, with a prayer for process to attach said Defendant's tangible and intangible personal property, to wit, the M/V DAUNTLESS and goods, assets, freight monies, or other chattels of said Defendant located within the District pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

NOW THEREFORE, we do empower and strictly charge and command you the said

1

Marshal, to attach the M/V DAUNTLESS and any goods, assets, or other chattels of said Defendant located within the District and to detain the same in your custody until further order of the Court; and further to give due notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned, transferred, recovered, and/or sold, that they must file their claims with the Clerk of the Court within ten (10) days after execution of this process or within such additional time as may be allowed by the Court and must serve their answers within twenty (20) days after the filing of their claims with the said District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489.

You are hereby directed to serve a copy of the Complaint and this Writ of Attachment on the person in possession of the bunkers, goods, assets, freight monies or other chattels or said Defendant located on board the M/V DAUNTLESS or his agent, and promptly return your writ.

Witness, the Honorable Jeffrey S. White, Judge of the United States District Court for the Northern District of California, this 28 day of August, 2015.

So Issued this 28 day of August, 2015.

~~United States District Clerk for the Northern District of California~~
UNITED STATES DISTRICT JUDGE

By: /s/ Jeffrey S. White
~~Deputy Clerk~~

2