**KAYE, ROSE & PARTNERS, LLP**
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
Ronald K. Losch, Esq. (98170)
9100 Wilshire Blvd., Suite 420W
Beverly Hills, CA 90212
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
E-mail:  fbrucculeri@kayerose.com
      dberberich@kayerose.com
      rlosch@kayerose.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAETHON INTERNATIONAL CO SA., | **Case No.:** |
| Plaintiff, | **ADMIRALTY**<br>**Fed. R. Civ. Pro. 9(h)**<br>**Local Admiralty Rule 3-1** |
| v. | |
| DAUNTLESS SHIPPING AND TRADING SA, *in personam*, | ~~[PROPOSED]~~ **ORDER FOR**<br>**APPOINTMENT OF SUBSTITUTE**<br>**CUSTODIAN** |
| Defendant. | |

Upon the Motion of Plaintiff, PHAETHON INTERNATIONAL CO SA. (hereinafter "PHAETHON" or "Plaintiff"), for the Appointment of a Substitute Custodian for the M/V DAUNTLESS in lieu of the United States Marshal in this case, and good cause appearing therefore, it is hereby:

**ORDERED** that the Plaintiff's Motion is granted, and the United States Marshal shall transfer custody of the M/V DAUNTLESS, immediately following her attachment, to the custody of the substitute custodian, NATIONAL MARITIME SERVICES (hereinafter "National"), by and through its authorized representatives, of 1915 SW 21st Avenue, Fort Lauderdale, Florida 33312; and it is further

**ORDERED** that upon transfer of the M/V DAUNTLESS to the substitute custodian, the aforesaid substitute custodian shall be appointed to act as substitute custodian of the M/V

Kaye, Rose & Partners LLP

DAUNTLESS during *custodia legis* on behalf of this Court, in place and instead of the United States Marshal, until further order of this Court; and it is further

ORDERED that upon transfer of the M/V DAUNTLESS to the substitute custodian by the United States Marshal, the United States Marshal shall not be liable for any loss occurring while she remains in the custody of the substitute custodian; and it is further

ORDERED that after the M/V DAUNTLESS is attached, the substitute custodian shall cause and be responsible to have the M/V DAUNTLESS remain at an appropriate berth and/or anchorage within the Northern District of California.

ORDERED that during *custodia legis*, the substitute custodian, National, will not permit the vessel to be moved, nor repairs or changes to be made to the vessel, without an Order of this Court, except in emergency situations, normal operations, or for routine maintenance or short moves within the boundaries of the Northern District of California that are required for the vessel's safekeeping.

DATED at _Oakland_, California on this 28th day of August, 2015.


UNITED STATES DISTRICT JUDGE

Kaye, Rose & Partners LLP

2